91 (Rev. 11/11) Criminal Complaint



FILED
MAR 11 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Martin Aaron, SILVA Ramos<br>*Defendant(s)* | )<br>)<br>)  Case No. EP-25-M-1001-RFC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about __March 9, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant,

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At __1:06__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

_____
*Complainant's signature*

Mark R. Acosta
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 11, 2025

City and state: El Paso, Texas

_____
*Judge's signature*
Robert F. Castaneda, U. S. Magistrate Judge
*Printed name and title*

## FACTS

On or about March 9, 2025, the DEFENDANT, SILVA-Ramos, Martin Aaron, a native and citizen of Mexico, was traveling southbound from El Paso, Texas into Mexico through the Area Port of Ysleta. CBP Officers were conducting southbound operations when they encountered the DEFENDANT driving a green in color 2006 Nissan March bearing Mexican plates. The CBP Officer obtain a negative declaration from the DEFENDANT and ask him where he was going and he stated to Chihuahua, Mexico. The CBP Officer asked the DEFENDANT where he was coming from, and he stated from Ohio. The CBP Officer asked the DEFENDANT if he had any identification and the DEFENDANT stated, no. The CBP Officer asked the DEFENDANT what his citizenship was, and the DEFENDANT stated Mexican. The DEFENDANT was escorted to Passport Control Secondary for further inspection.

In PCS the DEFENDANT was served with Form I-214 (Spanish version), Warning of Rights, which he read, and stated he understood and stated he was willing to answer questions. During a sworn statement the DEFENDANT stated to have illegally entered the United States back in November of 2023 near west of El Paso, Texas. The DEFENDANT stated he came to the United States to seek employment and was working in Ohio and Oklahoma as a water transfer. The DEFENDANT stated he was going back to Mexico to change his daughter's last name.

Further record checks and 10-print revealed the DEFENDANT has been removed from the United States with the latest removed on 10/02/2023 through the Ysleta Port of Entry in El Paso, Texas.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

Criminal History: None.
None.

Immigration: 10/02/23-ER-Ysleta POE, Texas